IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VITATLIS NWANYANWU**<br>**5035 Garrett Ave.**<br>**Beltsville, MD   20705**<br><br>     **Plaintiff,**<br><br>v.<br><br>**ST. PAUL TRAVELERS**<br>**385 Washington St.**<br>**Saint Paul, MN  55102**<br><br>     **Defendant.** | Civil Case No.:_____ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL TO THE UNITED STATES
### DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Defendant, The Standard Fire Insurance Company, incorrectly sued herein as St. Paul Travelers ("Standard Fire"), by and through its undersigned counsel, files this Notice of Removal from the Superior Court of the District of Columbia to the United States Court for the District of Columbia, and in support states:

1. Plaintiff filed the present action alleging breach of contract and various tort claims against Standard Fire in the Superior Court for the District of Columbia, Civil Action No.: 05-0009150 on or about November 23, 2005.

2. Standard Fire was served with the Complaint on December 6, 2005.

3. According to the Complaint, at all relevant times Plaintiff was a resident of the District of Columbia.

4. Proper Defendant Standard Fire was and is incorporated under the laws of the state of Connecticut with its principal place of business in Hartford, Connecticut so that the parties meet the diversity requirements of 28 U.S.C. § 1332.

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1332. There is true diversity of citizenship among the real parties in interest, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6. One copy of the Complaint is attached as an Exhibit to this Notice of Removal, along with all other pleadings that Standard Fire has received to date as required by 28 U.S.C. § 1446(a).

7. Written notice of this Notice of Removal has been given to all parties in this action, and a copy of this Notice has been filed with the Clerk of the Superior Court for the District of Columbia.

8. Standard Fire petitions for removal of this action to this Court pursuant to 28 U.S.C. § 1441, *et seq.*, as amended, and requests a waiver of any bond requirements.

Respectfully submitted,

*/s/ V. Timothy Bambrick*
V. TIMOTHY BAMBRICK, Fed. Bar No. 1186

*/s/ Brett A. Buckwalter*
BRETT A. BUCKWALTER, Fed. Bar No. 478382
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD 21202
Telephone: (410)783-6300
Fax: (410)783-6410

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December 2005, a copy of the foregoing Notice of Removal was mailed, first class, postage prepaid, to:

Walter L. Blair, Esquire
George H. Smith, Esquire
Blair & Lee, P.C.
4701 Melbourne Place
College Park, MD 20740

*Attorneys for Plaintiff*

V. TIMOTHY BAMBRICK, Fed. Bar No. 1186