IN THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| VITATLIS NWANYANWU | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Case No.: <u>05-0009150</u> |
| v. | * | |
| | * | |
| ST. PAUL TRAVELERS | * | |
| | * | |
| Defendant. | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

### NOTICE OF REMOVAL

To the Clerk of the Court:

Please be advised that Defendant, The Standard Fire Insurance Company, incorrectly sued herein as St. Paul Travelers ("Standard Fire"), by and through its undersigned counsel, has filed a Notice of Removal of the above-captioned action to the United States District Court for the District of Columbia. A copy of the Notice of Removal is attached to this notice.

Respectfully submitted,

_____
V. TIMOTHY BAMBRICK, Fed. Bar No. 1186

_____
BRETT A. BUCKWALTER, Fed. Bar No. 478382
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD 21202
Telephone: (410)783-6300
Fax: (410)783-6410
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December 2005, a copy of the foregoing Notice of Removal was mailed, first class, postage prepaid, to:

Walter L. Blair, Esquire
George H. Smith, Esquire
Blair & Lee, P.C.
4701 Melbourne Place
College Park, MD  20740

*Attorneys for Plaintiff*

_V. Timothy Bambrick_
V. TIMOTHY BAMBRICK, Fed. Bar No. 1186