IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VITATLIS NWANYANWU * <br> * <br> **Plaintiff,** * <br> *     Civil Case No.:_____ <br> v. * <br> * <br> ST. PAUL TRAVELERS * <br> * <br> **Defendant.** * <br> * * * * * * * * * * * * * | |

## CERTIFICATE OF CORPORATE DISCLOSURE PURSUANT TO LOCAL CIVIL RULE 7.1

I, the undersigned and counsel of record for Defendant, The Standard Fire Insurance Company incorrectly sued herein as St. Paul Travelers ("Standard Fire") certify to the best of my knowledge and belief, that Standard Fire is a member and affiliated with the St. Paul Travelers Companies, Inc., and that the following are affiliated companies which may have outstanding securities in the hands of the public:

Afianzadora Insurgentes, SA de CV
American Equity Insurance Company
American Equity Specialty Insurance Company
American Skyline Insurance Company, Inc.
Athena Assurance Company
Atlantic Insurance Company
Automobile Insurance Company of Hartford, CT
Charter Oak Fire Insurance Company
Commercial Guaranty Casualty Insurance Co.
Commercial Guaranty Insurance Company
Commercial Guaranty Lloyds Ins. Co.
Discover Property and Casualty Insurance Co.
Discover Reinsurance Company
Discovery Specialty Insurance Company
Farmington Casualty Company
Fidelity & Guaranty Insurance Company
Fidelity & Guaranty Insurance Underwriter, Inc.
First Floridian Auto & Home Insurance Co.
First Trenton Group

First Trenton Indemnity Company
Gulf Group Lloyds
Gulf Underwriters Insurance Company
Mendakota Insurance Company
Mendota Insurance Company
Northfield Insurance Company
Northland Casualty Company
Northland Insurance Company
Phoenix Insurance Company
Premier Insurance Company of MA
St. Paul Fire & Casualty Insurance Co.
St. Paul Fire & Marine Insurance Co.
St. Paul Guarantee Insurance Co.
St. Paul Guardian Insurance Company
St. Paul Medical Liability Insurance Co.
St. Paul Mercury Insurance Company
St. Paul Protective Insurance Company
St. Paul Surplus Lines Insurance Company
St. Paul Travelers Casualty & Surety Co.
St. Paul Travelers Companies, Inc.
St. Paul Travelers Insurance Companies
Seaboard Surety Company
Select Insurance Company
Standard Fire Insurance Company
TNC Insurance Group
TravCo Insurance Company
Travelers Auto Insurance Co. of New Jersey
Travelers Casualty & Surety Company
Travelers Casualty & Surety of America
Travelers Casualty Co. of CT
Travelers Casualty Insurance Co. of America
Travelers Commercial Casualty Co.
Travelers Commercial Insurance Company
Travelers Excess & Surplus Lines Co.
Travelers Home & Marine Insurance Co.
Travelers Indemnity Company
Travelers Indemnity Company, CAB
Travelers Indemnity Co. of America
Travelers Indemnity Co. of CT
Travelers Lloyds Insurance Company
Travelers Lloyds of Texas Insurance Co.
Travelers Personal Insurance Company
Travelers Personal Security Insurance Co.
Travelers Property Casualty Co. of America
Travelers Property Casualty Corporation
Travelers property Casualty Insurance Co.

United States Fidelity & Guaranty Co.
USF&G Insurance Company of Mississippi

These representations are made in order that the judges of this court may determine the needs for recusal.

Respectfully submitted,

_V. Timothy Bambrick /cb_
V. TIMOTHY BAMBRICK, Fed. Bar No. 1186

_Brett A. Buckwalter /cb_
BRETT A. BUCKWALTER, Fed. Bar No. 478382
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD 21202
Telephone: (410)783-6300
Fax: (410)783-6410

*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December 2005, a copy of the foregoing Certificate of Corporate Disclosure was mailed, first class, postage prepaid, to:

Walter L. Blair, Esquire
George H. Smith, Esquire
Blair & Lee, P.C.
4701 Melbourne Place
College Park, MD 20740

*Attorneys for Plaintiff*

_V. Timothy Bambrick /cb_
V. TIMOTHY BAMBRICK, Fed. Bar No. 1186