**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| VITALIS NWANYANWU<br>5035 Garrett Avenue<br>Beltsville, Maryland<br><br>      Plaintiff<br><br>v.<br><br>ST. PAUL TRAVELERS<br>P. O. Box 17158<br>Baltimore, Maryland 21297-1158<br><br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Case 1:05-CV-02453-RMU<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**JOINT RULE 16.3 REPORT**

Plaintiff and Defendant in the above-referenced case, by and through the undersigned counsel, hereby file this report regarding the results of the meeting of counsel pursuant to Local Rule 16.3.

**STATEMENT OF CASE**

Plaintiff's home, the premises known as 3617 New Hampshire Avenue, N.W., Washington, D.C., was damaged by fire on February 23, 2004. Defendant, The Standard Fire Insurance Company, was the issuer of a homeowner's policy on the aforementioned premises.

Plaintiff submitted to Defendant a Sworn Statement in Proof of Loss dated June 24, 2005 stating that the actual cash value of the premises was $600,000.00 and made a claim for $198,450.00. Defendant has paid Plaintiff $48,600.17 for the actual cash value of repairs based on a repair estimate of $67,730.15 as well as $2,500 for contents and $14,250 for loss rent and additional living

expenses. Defendant also contends Plaintiff failed to submit supporting documentation in support of his claim for $198,450.00.

Plaintiff filed suit alleging breach of contract, negligent infliction of emotional distress and negligence.

## ITEMS DISCUSSED

On February 14, 2006, counsel for the respective parties conferred and discussed the following items and reached the following agreements:

1. The parties believe that dispositive motions will not be appropriate until after completion of discovery.

2. The Plaintiff shall have thirty (30) days to amend the Complaint naming the proper Defendant, The Standard Fire Insurance Company.

3. The parties agree that within thirty (30) days the Defendant will respond to:

   a.. Interrogatories

   b. Request for Production of Documents

4. The parties agree that the case should not be assigned to a magistrate judge.

5. The parties agree that settlement is not a realistic possibility at this time. Plaintiff and Defendant will re-visit the issue as discovery proceeds and the facts become known to all parties.

6. The parties agree that use of the Court's Alternative Dispute Resolution may be appropriate at the close of discovery.

7. The parties agree that, upon the completion of discovery, a Motion for Summary Judgment may be appropriate. The parties agree, subject to Defendant's request to compel appraisal set forth below, that Discovery shall end on June 30, 2006 and any dispositive motions shall be filed by July 19, 2006. Oppositions shall be due by August 7, 2006 and reply briefs by August 17, 2006.

The Court shall rule on said motions by September 18, 2006.

8. The parties agree to dispense with the initial disclosures required by Rule 26(a)(1).

9. The parties agree to the limits on depositions, interrogatories, document request, and request for admissions set forth in the applicable Court Rules.

10. The parties agree that Plaintiff's 26(b)(4) designation shall be made by April 1, 2006 and Defendant's 26(b)(4) designee by May 1, 2006.

11. The parties agree not to seek bifurcation.

12. The parties agree to a pre-trial conference date of October 20, 2006.

13. The parties agree that the Court shall set a trial date at the pre-trial conference.

14. Defendant wishes the dispute set forth in Count I to be resolved by the appraisal process set forth in the policy which will determine the amount of the loss. Plaintiff does not agree and Defendant will file a Motion to Compel and to Stay Pending Appraisal.

Respectfully submitted by:

_____/s/_____
Walter L. Blair, Esquire
Bar No. 471057
4701 Melbourne Place
College Park, Maryland 20740
(301) 474-4700
*Attorney for Plaintiff*

_____/s/_____
V. Timothy Bambrick, Esquire
Bar No. 1186
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
(410) 783-6300
*Attorney for Defendant*

_____/s/_____
George H. Smith, Esquire
Bar No. 358866
4701 Melbourne Place
College Park, Maryland 20740
(301) 474-4700
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of Joint Rule 16.3 Report, was e-mailed on this 15th day of February, 2006 and mailed, U.S. postage prepaid to: V. Timothy Bambrick, Esquire, Niles, Barton & Wilmer, LLP, 111 S. Calvert Street, Suite 1400, Baltimore, Maryland 21202.

_____
Walter L. Blair, Esquire

GHS/kw Vitalis 16.3.wpd