## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VITALIS NWANYANWU | * |
| Plaintiff | * |
| v. | *  Civil Action No.  1:05-CV-02453-RMU |
| ST. PAUL TRAVELERS | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit A, which is an attachment to Defendant's Motion for Order Compelling Appraisal as to Count I of Plaintiff's Complaint and Motion to Stay Pending Appraisal exists only in paper format and is 15 pages or longer.  It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Respectfully submitted,

_____/s/  V. Timothy Bambrick_____
V. TIMOTHY BAMBRICK, Fed. Bar No. 1186

_____/s/  Brett A. Buckwalter_____
BRETT A. BUCKWALTER, Fed. Bar No. 478382
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD  21202
Telephone:  (410)783-6300
Fax:  (410)783-6410
*Attorneys for Defendant*