

**ST PAUL TRAVELERS**

Stephen Brady, PCLS
*Technical Specialist*
*Property Claim Services*

410-529-5823
877-389-4685 fax
Stephen.Brady@Travelers.com

P.O. Box 17158
Baltimore, MD 21297-1158

June 28, 2004

Mr. Vitalis Nwanyanwu
3617 New Hampshire Avenue
Washington D.C. 20010

RE:   Insured:            Vitalis Nwanyanwu
      Policy #:           0B1661-948274484
      Underwriting Co.:   The Standard Fire Insurance Company
      Date of Loss:       2/23/2004
      Claim Number:       L7Y9326

Dear Mr. Nwanyanwu:

We have completed our evaluation of building damages that occurred at your property located at 3617 New Hampshire Avenue, Washington D.C. 20010. We have completed our estimate for repairs of the damages in the amount of $67,730.05 (RCV) at full replacement cost and $48,600.17 (ACV) after the appropriate recoverable depreciation of $18,629.88 and policy deductible of $500.00 have been applied. A copy of our estimate has been included for your records. Please be advised that this estimate represents an agreed upon repair price with your public adjuster prior to your termination of their employment.

You may submit for the recoverable deprecation in the amount of $18,629.88 upon job completion by contacting the undersigned and forwarding a final invoice for repairs as well as a signed certificate of completion from your contractor.

Also at this time we have established a three (3) month period of restoration for the necessary fire damage repairs. This has also been agreed upon by your public adjuster and their contractor. Based on this information we will extend payment of fair rental value at $1,500.00 a month for four (4) months totaling $6,000.00. The extra month is to allow for downtime due to scheduling for the contractor.

Based on our telephone conversation of 6/28/2004 you expressed dissatisfaction with our fair rental value offer of $6,000.00 at this time. Please be advised that this is our offer, however, we will be happy to readdress the issue should you be able to provide us with the necessary supporting documentation that we have been requesting since the onset of this claim. The necessary supporting documentation that we will be seeking is, but not limited to, the following:

Nwanyanwu #L7Y9326
Page 2

1. Documentation substantiating your additional living expense
2. Lease agreements for the tenants residing in your home

In regard to your contents please recall that our staff contents specialist are handling that portion of your claim. Also recall that we have been attempting to obtain your itemized claimed contents inventory since the onset of this claim and to date have not received it. Please provide us with your itemized contents claim as soon as possible. Our contents specialist can be reached at 703-818-6106 should you need further assistance with this portion of your claim.

In regard to any further continued investigation, at this time we are not denying coverage, which may be afforded under your insurance policy. However, we will conduct further investigation of this claim under a full reservation of The Standard Fire Insurance Company's rights. The fact that we are continuing to investigate this loss can not be used to establish coverage absent any coverage provided by the policy.

At this time two (2) checks have been issued and will arrive under separate cover. One totaling $48,600.17 representing the ACV of the building repairs and the second for $6,000.00 representing the fair rental value settlement. Please contact the undersigned with any questions that you may have.

Sincerely,

Stephen Brady, PCLS
Property Technical Specialist


CC:  Wells Fargo Home Mortgage, Inc.
     P.O. Box 5708
     Springfield, OH 45501
     Attn: Insurance Claims Department