IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VITALIS NWANYANWU** | * |
| Plaintiff | * |
| v. | *   Civil Case No. 1:05-CV-02453 - RMU |
| **ST. PAUL TRAVELERS** | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Motion filed by the Defendant, The Standard Fire Insurance Company, incorrectly sued herein as St. Paul Travelers, and any opposition thereto, it is this _____ day of _____, 2006;

ORDERED, that Plaintiff must proceed with appraisal to fully and finally resolve the claim consistent with the terms of the appraisal clause;

ORDERED, the underlying action in this matter is stayed pending the outcome of appraisal.

_____
JUDGE

cc:

Walter L. Blair, Esquire
George H. Smith, Esquire
Blair & Lee, P.C.
4701 Melbourne Place
College Park, MD  20740
*Attorneys for Plaintiff*

V. Timothy Bambrick, Esquire
Brett A. Buckwalter, Esquire
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
*Attorneys for Defendant*