PRAECIPE

# United States District Court
# for the District of Columbia

**FILED**
AUG 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the **31st** day of **May**, 2006

**VITALIS NWANYANWU**
vs.
**ST. PAUL TRAVELERS**

Civil / Criminal Action No. **1:05-CV-2453 RMU-AK**

The Clerk of said Court will **Please enter this matter as settled and dismissed with prejudice.**

Date: May 31, 2006

BAR IDENTIFICATION NO.
V. Timothy Bambrick
DEFENDANT'S COUNSEL
Niles Barton & Wilmer
111 S. Calvert St.
S-1400
Baltimore, Md.
21202
(410) 783-6342

NWANYANWU VITALIS  05/31/06
PLAINTIFF
Walter L. Blair, Esq  5/31/06
Signature  PLAINTIFF'S ATTORNEY

Print Name: WALTER L. BLAIR

Address: 4701 MELBOURNE PLACE

City: COLLEGE PARK  State: MD  Zip Code: 20740

Phone Number: (301) 474-4700

**CERTIFICATE OF SERVICE**